*E-Filed*: 8/29/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA HERNANDEZ, for Karina Perez-Hernandez,<br><br>    Plaintiff,<br><br>    v.<br><br>Jo Anne B. Barnhart, Commissioner of Social Security,<br><br>    Defendant. | No. C-04-02216 RMW<br><br>ORDER TO SHOW CAUSE |

    Plaintiff, proceeding *pro se*, filed a complaint against the Commissioner of Social Security on June 4, 2004 appealing the Social Security Commission's denial of plaintiff's application for social security disability benefits. The court granted plaintiff's application to proceed *in forma pauperis* on June 22, 2004. It appears that a summons was issued and returned executed indicating defendant was served July 20, 2004. However, no appearance by defendant has been made in this case. The case has been dormant for over three years. The parties are hereby ordered to show cause by written declaration filed by September 21, 2007 why either: (1) plaintiff's case should not be dismissed for failure to diligently prosecute or (2) a default should not be entered against defendant. If a declaration showing good cause is not timely filed by a party, the party failing to file will risk dismissal or entry of default, as applicable.

DATED: 8/29/07

                                              RONALD M. WHYTE
                                              United States District Judge

ORDER TO SHOW CAUSE—C-04-02216 RMW
SPT

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Maria Hernandez
1608 Almond Blossom Lane
4 San Jose, CA  95124
PRO SE

6 **Counsel for Defendants:**

7 (No appearance)

8 Commissioner of Social Security
Department of Health & Human Services
9 Office of the Chief Counsel
200 Independence Ave., S.W.
10 Washington, D.C.  20201

11 Kevin V. Ryan
U.S. Attorney's Office
12 450 Golden Gate Avenue, 11th Fl.
San Francisco, CA  94102

15 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/29/07                                      SPT
                                                    **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE—C-04-02216 RMW
SPT                                                 2