*E-FILED on* __9/26/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA HERNANDEZ, for Karina Perez-Hernandez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　Defendant. | No. C-04-02216 RMW<br><br>ORDER DISMISSING CASE |

On August 29, 2007 this court issued an order to show cause why either: (1) plaintiff's case should not be dismissed for failure to diligently prosecute or (2) a default should not be entered against defendant. Defendant filed a declaration stating that it has never been served with a complaint or summons. Winslow Decl. ¶¶ 7, 8. Plaintiff has not filed anything in this action since June 4, 2004, and failed to respond to the order to show cause. Therefore,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to diligently prosecute.

DATED:　__9/26/07__

　　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE—C-04-02216 RMW
TSF

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Defendants:**

3 Sara Winslow				sara.winslow@usdoj.gov

4 **Notice of this document has been sent to:**

5 **Plaintiff:**

6 Maria Hernandez, Pro Se
1608 Almond Blossom Lane
7 San Jose, CA  95124

8 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10

**Dated:**        9/26/07                              TSF
11                                                                 **Chambers of Judge Whyte**

**United States District Court**
**For the Northern District of California**

ORDER DISMISSING CASE—C-04-02216 RMW
TSF                                                             2